IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT MAGEE, ) | |
| ) | CIVIL ACTION NO. 17-9944 |
| *Plaintiff* ) | |
| ) | JUDGE LANCE M. AFRICK |
| v. ) | |
| ) | MAG. JUDGE WILKINSON JR. |
| NATIONAL PROMOTION REPORTS, LLC ) | |
| ) | |
| *Defendant.* ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, please take notice that Plaintiff Scott Magee voluntarily dismisses this action against Defendant National Promotion Reports, LLC without prejudice. Voluntary dismissal is appropriate at this time because Defendant National Promotion Reports, LLC has not yet filed either an answer or motion for summary judgment.

*Respectfully submitted:*

*/s/ William H. Beaumont*
Roberto Luis Costales (#33696)
William H. Beaumont (#33005)
BEAUMONT COSTALES
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
*whb@beaumontcostales.com*

CERTIFICATE OF SERVICE

    I hereby certify that on_____, ___, a copy of the above and foregoing *Notice* has been forwarded to the defendant via U.S. Mail.

    */s/ William H. Beaumont*